UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ADAMS; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BALDWIN PARK; and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-00297-PA-GJS<br><br>Hon. Percy Anderson<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT** |

    The Court has carefully reviewed the Settlement Agreement, the relevant Exhibits thereto, the Stipulation and this proposed Order. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

    1.    The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to the Plaintiffs and

putative plaintiffs, and the parties shall execute and perform the Settlement Agreement in accordance with its terms;

2. Upon the Court's approval of the Settlement Agreement, after Defendant executes the agreements, Plaintiffs will file the fully executed agreements with the Court along with a request for dismissal, under the timelines specified in the Parties stipulation;

3. The Court has made no findings or determination regarding the law, and this Stipulation and Order, the Settlement Agreement and any Exhibits, and any of the other documents or written materials prepared in conjunction with this Stipulation and Order shall not constitute evidence of, or any admission of, any violation of the law.

IT IS SO ORDERED.

Dated: September 8, 2019

_____
PERCY ANDERSON
UNITED STATE DISTRICT JUDGE