Brandi L. Harper, SBN 264672
Brandi@CastilloHarper.com
Joseph N. Bolander, SBN 280857
Joe@CastilloHarper.com
**CASTILLO HARPER APC**
6848 Magnolia Ave, Ste. 100
Riverside, CA  92506
Telephone: (909) 466-5600
Facsimile: (909) 466-5610

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ADAMS; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BALDWIN PARK; and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-00297-PA-GJS<br><br>Hon. Percy Anderson<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and this Court's September 8, 2019 Order Approving the parties FLSA collective action settlement agreement [Doc. No. 109], the following Stipulation for Dismissal is entered into between Plaintiffs Jason Adams, et al, and Defendants City of Baldwin Park:

1.     WHEREAS, on or about January 15, 2019, Plaintiff Jason Adams filed an FLSA collective action on behalf of himself and others similarly situated against Defendant City of Baldwin Park in United States District Court, Central District of California, 2:19-cv-00297-PA-GJS;

2.     WHEREAS, the Parties have reached an agreement to settle this matter in its entirety, an agreement that was previously approved by this Court in its September 8, 2019 Order [Doc. No. 109], a fully executed copy of which is attached hereto as Exhibit "A";

NOW THEREFORE, the Parties, by and through their counsel of record, hereby stipulate and apply for the following relief:

1. This action is hereby dismissed in its entirety with prejudice as to all defendants and causes of action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii);
2. Each Party shall bear their own attorneys' fees and costs, subject to the terms of the attached settlement agreement;

The Court shall retain jurisdiction to enforce the terms of the parties' written Settlement Agreement for a period of one (1) year from the date the dismissal is entered in this action.

///

///

1  IT IS SO STIPULATED:

Dated: October 25, 2019            CASTILLO HARPER, APC


By: /s/Joseph N. Bolander[1]
Brandi L. Harper
Joseph N. Bolander
Attorneys for Plaintiffs
JASON ADAMS, et al.


Dated: October 25, 2019            RICHARDS WATSON &GERSHON
                                   A Professional Corporation

By: /s/ Jennifer Petrusis
Jennifer Petrusis
Rebecca Green
Attorneys for Defendant, the CITY
OF BALDWIN PARK

---

[1] I, Joseph N. Bolander, hereby attest that all the signatories listed, and on whose behalf the filing is submitted, concur in the content of this Stipulation of Dismissal and have authorized its filing.