UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ADAMS; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BALDWIN PARK; and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-00297-PA-GJS<br><br>Hon. Percy Anderson<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

The Court has reviewed the Stipulation for Dismissal and the attached fully executed Settlement Agreement, and its previous approval of the same [Doc. No. 109]. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii),

and this Court's September 8, 2019 Order Approving the parties FLSA collective action settlement agreement [Doc. No. 109], this action is Dismissed in its entirety with prejudice as to all defendants and causes of action;

    2.    Each Party shall bear their own attorneys' fees and costs, subject to the terms of the parties' settlement agreement;

IT IS SO ORDERED

Dated: October 25, 2019    _____
    \_ PERCY ANDERSON
    United States District Judge